## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00345-LTB-BNB

TINA BACKES,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

        Defendant.

## NOTICE OF SETTLEMENT

      COMES NOW the Plaintiff, Tina Backes, by and through her attorney, David M. Larson, and the Defendant, NCO Financial Systems, Inc., by and through its attorney, Louis Leonard Galvis, and for their Notice of Settlement, hereby state as follows:

1.    The Plaintiff and the Defendant have reached a settlement.

2.    The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by May 29, 2008.

Dated: May 22, 2008.

Respectfully submitted,

| s/ David M. Larson | s/ Louis Leonard Galvis |
|---|---|
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 405 S. Cascade Avenue Suite 305 | Sessions, Fishman, Nathan & Israel, LLP |
| Colorado Springs, CO 80903 | 645 Stonington Lane |
| (719) 473-0006 | Fort Collins, CO 80525 |
| Attorney for the Plaintiff | (970) 223-4420 |
| | Attorneys for the Defendant |