**IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
                    LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00345-LTB-BNB

TINA BACKES,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

       Defendant.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 13 - filed May 30, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED: June 2, 2008